## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF JACK CARMEL, By Its Personal Representative, Gary Warlen, | |
| Plaintiff, | Case No. 1:21-cv-00658-MN-JLH |
| v. | |
| THE GIII ACCUMULATION TRUST and WELLS FARGO BANK, N.A., as Securities Intermediary, | |
| Defendants. | |

## JOINT STATUS REPORT

Dated: November 12, 2024

Plaintiff, the Estate of Jack Carmel ("Estate"), and Defendants, the GIII Accumulation Trust ("GIII") and Wells Fargo Bank, N.A., as Securities Intermediary ("Wells Fargo") (collectively, "Defendants"), hereby submit this Joint Status Report pursuant to this Court's November 4, 2024 Order.  ECF No. 64.

On March 31, 2023, the Court entered an order compelling arbitration of the Estate's claims and stayed this case pending arbitration.  ECF No. 63.  Following entry of that order, the Estate initiated an arbitration before the American Arbitration Association and an arbitration panel has been convened.  The panel subsequently entered a scheduling order, which set the deadlines relevant to the arbitration and includes a dispositive motion deadline of December 20, 2024, and a tentative final hearing date of August 11, 2025.

As the arbitration remains ongoing, the parties request that the Court maintain the stay of this proceeding.

Respectfully submitted,

Dated: November 12, 2024

**DONALD L. GOUGE, JR., LLC**

/s/ Donald L. Gouge, Jr.
DONALD L. GOUGE, JR. #2234
800 N. King Street, Suite 303
Wilmington, DE 19801
Phone: (302) 658-1800 Ext. 1

-and-

Michael J. Miller (*pro hac vice* forthcoming)
Gregory J. Star (*pro hac vice* forthcoming)
Alex H. Hayden (*pro hac vice* forthcoming)
COZEN O'CONNOR P.C.
One Liberty Plaza
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone:  (215) 665-2000
Facsimile:  (215) 372-2349

- 1 -

*Attorneys for Plaintiff, the Estate of Jack Carmel, by its Personal Representative Gary Warlen*


**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi #3484
Matthew B. Goeller #6283
600 N. King St., Ste. 901
Wilmington, DE 19801
Phone: (302) 416-7000
steven.caponi@klgates.com
matthew.goeller@klgates.com

-and-

**PROSKAUER ROSE LLP**

John E. Failla (*pro hac vice*)
Nathan Lander (*pro hac vice*)
11 Times Square
New York, NY  10036-8299
jfailla@proskauer.com
nlander@proskauer.com

Jared DuBosar (*pro hac vice*)
2255 Glades Road
Boca Raton, FL 33431-7360
jdubosar@proskauer.com


*Attorneys for Defendants The GIII Accumulation Trust and Wells Fargo Bank, N.A., as Securities Intermediary*

- 2 -