UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF JACK CARMEL, By Its Personal Representative, Gary Warlen<br><br>Plaintiff,<br><br>v.<br><br>THE GIII ACCUMULATION TRUST and WELLS FARGO BANK, N.A., as Securities Intermediary,<br><br>Defendants. | No. 1:21-cv-00658-JLH |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with agreement of the parties, Plaintiff, the Estate of Jack Carmel, by its Personal Representative, Gary Warlen, and Defendants The GIII Accumulation Trust and Wells Fargo Bank, N.A., as Securities Intermediary, hereby submit this Stipulation of Dismissal with Prejudice for all claims. Each party shall bear its own costs, fees, and attorneys' fees.

**DONALD L. GOUGE, JR., LLC**

/s/ *Donald L. Gouge, Jr.*
Donald L. Gouge, Jr. #2234
800 N. King Street, Suite 303
Wilmington, Delaware 19801
(302) 658-1800, Ext. 1

- and -

**K&L GATES LLP**

/s/ *Steven L. Caponi*
Steven L. Caponi #3484
Matthew B. Goeller #6283
600 N. King St., Ste. 901
Wilmington, DE 19801
(302) 416-7000

-and -

| | |
|---|---|
| **COZEN O'CONNOR**<br>Michael J. Miller (*pro hac vice*)<br>Gregory J. Star (*pro hac vice*)<br>Duncan R. Becker (*pro hac vice to be filed*)<br>1650 Market St., Suite 2800<br>Philadelphia, PA 19103<br>(215) 665-2000<br><br>*Attorneys for Plaintiff,*<br>*The Estate of Jack Carmel* | **PROSKAUER ROSE LLP**<br>John E. Failla (*pro hac vice*)<br>Nathan Lander (*pro hac vice*)<br>11 Times Square<br>New York, NY 10036<br>(212) 833-1100<br><br>*Attorneys for Defendants The GIII Accumulation Trust and Wells Fargo Bank, N.A., as Securities Intermediary* |

Dated: December 16, 2025